**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE SERVICES, INC.<br><br>Defendant. | Civil Action File No.:<br>1:26-cv-04428-ELR |

**DEFENDANT ESURANCE INSURANCE SERVICES, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND**

Defendant Esurance Insurance Services, Inc. ("Esurance"), by and through undersigned counsel, respectfully requests entry of an Order extending through and including October 2, 2026, the time in which Esurance may file its response to Plaintiff's Complaint. In support of this request, Esurance shows as follows:

1. Plaintiff filed her Complaint on August 5, 2026. Esurance's response is currently due on August 31, 2026.

2. Esurance seeks additional time to file its response to the Complaint, through and including October 2, 2026.

3. Counsel for Plaintiff does not oppose Esurance's request to extend time.

For the foregoing reasons, Esurance respectfully requests that the Court extend Esurance's response deadline through and including October 2, 2026. A proposed order is attached.

Respectfully submitted this 21st day of August, 2026.

/s/ Jeffrey H. Fisher
Jeffrey H. Fisher
GA Bar No. 981575
Jennifer L. Cotton
GA Bar No. 520708
jfisher@ktslaw.com
jcotton@ktslaw.com

*Counsel for Defendant Esurance Insurance Services, Inc.*

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

## CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that, prior to filing this Motion, counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested herein. Plaintiff's counsel confirmed that Plaintiff does not oppose this Motion.

This 21st day of August, 2026.

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

/s/ Jeffrey H. Fisher
Jeffrey H. Fisher
GA Bar No. 981575
jfisher@ktslaw.com

*Counsel for Defendant Esurance Insurance Services, Inc.*

**CERTIFICATE OF FONT AND POINT SELECTION**

I hereby certify that the foregoing was prepared in Times New Roman font, 14 point type, in compliance with Local Rule 5.1(C).

This 21st day of August, 2026.

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

/s/ Jeffrey H. Fisher
Jeffrey H. Fisher
GA Bar No. 981575
jfisher@ktslaw.com

*Counsel for Defendant Esurance Insurance Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

This 21st day of August, 2026.

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

/s/ Jeffrey H. Fisher
Jeffrey H. Fisher
GA Bar No. 981575
jfisher@ktslaw.com

*Counsel for Defendant Esurance Insurance Services, Inc.*