**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE SERVICES, INC.<br><br>Defendant. | Civil Action File No.:<br>1:26-cv-04428-ELR |

# [PROPOSED] ORDER

Upon consideration of Defendant Esurance Insurance Services, Inc.'s Unopposed Motion for Leave to Extend Deadline to Respond, and there being no opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED. Defendant is granted leave to file its response to the Complaint through and including October 2, 2026.

SO ORDERED this _____ day of August, 2026.

______________________________

HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE