**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE SERVICES, INC.<br><br>Defendant. | Civil Action File No.:<br>1:26-cv-04428-ELR |

**ORDER**

Upon consideration of Defendant Esurance Insurance Services, Inc.'s Unopposed Motion for Leave to Extend Deadline to Respond, and there being no opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED. Defendant is granted leave to file its response to the Complaint through and including October 2, 2026.

SO ORDERED this 24th day of August, 2026.

HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE