**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

ERIN WILSON, on behalf of herself and others similarly situated,

Plaintiff,

v.

ESURANCE INSURANCE SERVICES, INC.

Defendant.

Case No. 26-cv-04428-ELR

# ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Extend the Time to File a Motion for Class Certification. [Doc. 10]. For good cause shown, the Motion is **GRANTED**. Plaintiff **SHALL** file the motion for class certification by the deadline established in the Scheduling Order entered by the Court. The Parties **SHALL** file their Joint Preliminary Report and Discovery Plan on or before November 2, 2026, with a detailed proposed schedule for the conduct of discovery and the filing of substantive motions, including the motion for class certification.

SO ORDERED this 9th day of September, 2026.

Eleanor L. Ross

HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE