**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIN WILSON, on behalf of herself and others similarly situated,

Plaintiff,

v.

ESURANCE INSURANCE SERVICES, INC.,

Defendant.

Civil Action File No.:
1:26-cv-04428-ELR

**DEFENDANT ESURANCE INSURANCE SERVICES, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Esurance Insurance Services, Inc. ("Esurance") respectfully moves this Court to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Esurance attaches to this motion a memorandum citing supporting authority.

Respectfully submitted this 2nd day of October, 2026.

*/s/ Jeffrey H. Fisher*
Jeffrey H. Fisher
GA Bar No. 981575
Jennifer L. Cotton
GA Bar No. 520708
jfisher@ktslaw.com
jcotton@ktslaw.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

*Counsel for Defendant Esurance Insurance Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all parties of record.

Dated: October 2, 2026.

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

*/s/ Jeffrey H. Fisher*
Jeffrey H. Fisher
GA Bar No. 981575
jfisher@ktslaw.com

*Counsel for Defendant Esurance Insurance Services, Inc.*