**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ERIN WILSON, on behalf of herself and others similarly situated,

Plaintiff,

v.

ESURANCE INSURANCE SERVICES, INC.,

Defendant.

Civil Action File No.: 1:26-cv-04428-ELR

**ORDER GRANTING MOTION TO STAY DISCOVERY AND OTHER DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS**

Upon consideration of Defendant Esurance Insurance Services, Inc.'s Motion to Stay Discovery and Other Deadlines Pending Resolution of Motion to Dismiss, and there being no opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED. All case and discovery deadlines are stayed. The parties shall have 30 days from the ruling on the motion to submit the Joint Preliminary Report and Discovery Plan.

SO ORDERED this 22nd day of Octobr, 2026.

Eleanor L. Ross

HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE