AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Erin Wilson
*Plaintiff*
v.
Esurance Insurance Services, Inc.
*Defendant*

Case No. 1:26-cv-04428-ELR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Esurance Insurance Services, Inc. .

Date: 10/26/2026

/s/Jennifer L. Cotton
*Attorney's signature*

Jennifer L. Cotton GA Bar 520708
*Printed name and bar number*

Kilpatrick Townsend & Stockton LLC
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
*Address*

jcotton@ktslaw.com
*E-mail address*

(404) 815-6500
*Telephone number*

(404) 815-6555
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to all attorneys of record.

/s/ Jennifer L. Cotton
Jennifer L. Cotton
GA Bar No. 520708

KILPATRICK TOWNSEND &
STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Phone: (404) 815-6500
Fax: (404) 815-6555
jcotton@ktslaw.com