**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIN WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESURANCE INSURANCE SERVICES, INC.,<br><br>Defendant. | Civil Action File No.:<br>1:26-cv-04428-ELR |

**DEFENDANT ESURANCE INSURANCE SERVICES, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Esurance Services, Inc. ("Esurance") makes the following disclosures:

**(1) The undersigned counsel of record for Defendant certify that, to the best of their knowledge, the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

- Erin Wilson – Plaintiff
- Esurance Insurance Services, Inc. – Defendant
- Esurance Holdings, Inc. – Defendant's parent company
- Allstate Insurance Holdings, LLC – Defendant's parent company

- The Allstate Corporation – Defendant's parent company

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

None.

**(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

- Valerie Lorraine Chinn – Plaintiff's counsel
- Chinn Law Firm, LLC – Plaintiff's counsel
- Anthony I. Paronich – Plaintiff's counsel
- Paronich Law, P.C. – Plaintiff's counsel
- Jeffrey H. Fisher – Defendant's counsel
- Jennifer L. Cotton – Defendant's counsel
- Kilpatrick Townsend & Stockton LLP – Defendant's counsel

Respectfully submitted this 26th day of October, 2026.

*<u>/s/ Jeffrey H. Fisher</u>*
Jeffrey H. Fisher
GA Bar No. 981575
Jennifer L. Cotton
GA Bar No. 520708
jfisher@ktslaw.com
jcotton@ktslaw.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

*Counsel for Defendant Esurance Insurance Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all parties of record.

Dated: October 26, 2026.

**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Phone: (404) 815-6500
Fax: (404) 815-6555

*/s/ Jeffrey H. Fisher*
Jeffrey H. Fisher
GA Bar No. 981575
jfisher@ktslaw.com

*Counsel for Defendant Esurance Insurance Services, Inc.*